IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CoBANK, ACB,**

Plaintiff,

v.

**CABLE ONE, INC.,**

Defendant.

Case No. 26-cv-08935

**ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER**

Upon Plaintiff CoBank, ACB's Memorandum of Law in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and the exhibits annexed thereto, and the Declaration of Christopher D. Tomlinson, it is

**ORDERED** that the Defendant Cable One, Inc. show cause before a motion term of this Court, at a date and location to be determined by the Judge assigned to this matter, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendant and its officers, employees, and agents to refrain from transferring approximately $480 million to acquire an approximately fifty-five percent equity stake of Mega Broadband Investments Holdings LLC ("the MBI Put Closing"); and it is further

**ORDERED** that, sufficient reason having been shown, pending the hearing and determination of the Order to Show Cause, Defendant is temporarily restrained and enjoined from executing the MBI Put Closing; and it is further

**ORDERED** that a copy of this order and the papers on which it was granted be served upon Defendant's counsel by email shortly after filing and that such service be deemed good and sufficient.

This order will remain in effect unless and until it is vacated or modified by the Judge who is assigned to this action.

IT IS SO ORDERED.

DATED: October 9, 2026
New York, New York
4:43 p.m.

J. PAUL OETKEN
United States District Judge

Part I