USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COBANK, ACB,

Plaintiff,

- against -

CABLE ONE, INC.,

Defendant.

**26 Civ. 8935 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On October 9, 2026, Plaintiff CoBank, ACB ("CoBank") moved for an Order to Show Cause for Temporary Restraining Order ("TRO"). (See Dkt. No. 9.) The Honorable J. Paul Oetken, presiding over Part One, issued an Order temporarily restraining and enjoining Defendant Cable One, Inc. ("Cable One") from transferring approximately $480 million to acquire a roughly fifty-five percent equity stake of Mega Broadband Investments Holdings LLC. (See Dkt. No. 13.) On October 13, 2026, Defendant filed a Response to the Order to Show Cause and a Motion to Dissolve the TRO. (See Dkt. No. 18.)

The Court hereby **ORDERS** the parties to submit an *agreed-upon* briefing schedule and hearing date for both CoBank's Order to Show Cause and Cable One's Motion to Dissolve the TRO.

**SO ORDERED.**

Dated: 13 October 2026
New York, New York

Victor Marrero
U.S.D.J.