USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COBANK, ACB,

Plaintiff,

- against -

CABLE ONE, INC.,

Defendant.

**26 Civ. 8935 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of two emails, one from Defendant Cable One, Inc. ("Cable One") and one from Plaintiff CoBank, ACB ("CoBank"), both dated October 14, 2026, regarding the parties' respective proposed briefing schedules and hearing dates for CoBank's Order to Show Cause (see Dkt. No. 13) and Cable One's Motion to Dissolve the Temporary Restraining Order ("TRO"). (See Dkt. No. 18.)

On October 13, 2026, the Court directed the parties to confer and submit an agreed-upon briefing schedule and hearing date on the Order to Show Cause and Motion to Dissolve the TRO. (See Dkt. No. 27.) The parties were unable to reach an agreement.

Accordingly, it is hereby

**ORDERED** that a hearing on the Order to Show Cause and Motion to Dissolve the TRO is scheduled in this matter for Thursday, October 22, 2026, at 2:00 p.m.,

**ORDERED** that the parties be present and available to testify at the hearing on October 22, 2026, and it is further

**ORDERED** that the parties submit an agreed-upon briefing schedule for the Order to Show Cause and Motion to Dissolve the TRO.

**SO ORDERED.**

Dated: 14 October 2026
New York, New York



____________________________
Victor Marrero
U.S.D.J.