USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COBANK, ACB,

Plaintiff,

- against -

CABLE ONE, INC.,

Defendant.

**26 Civ. 8935 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the parties' joint proposed briefing schedule for the Order to Show Cause and Motion to Dissolve the Temporary Restraining Order, submitted via email on October 19, 2026, pursuant to this Court's October 14, 2026 Order directing the parties to submit an agreed-upon briefing schedule. (See Dkt. No. 31.) The Court hereby adopts the agreed-upon briefing schedule and directs the parties to abide by the following:

- Plaintiff CoBank, ACB, shall file its reply in support of its Order to Show Cause for Temporary Restraining Order and in opposition to the Motion to Dissolve the Temporary Restraining Order by 8:00 pm ET on **Monday, October 19, 2026.**

- Defendant Cable One, Inc. shall file its reply in support of its Motion to Dissolve the Temporary Restraining Order by 4:00 pm ET on **Wednesday, October 21, 2026.**

**SO ORDERED.**

Dated: 19 October 2026
New York, New York

________________________
Victor Marrero
U.S.D.J.