USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CoBANK, ACB,<br><br>Plaintiff,<br><br>v.<br><br>CABLE ONE, INC.,<br><br>Defendant. | Case No. 1:26-cv-08935-VM |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND ADJOURNING HEARING**

It is hereby

**ORDERED** that the hearing on the Order to Show Cause for Temporary Restraining Order and Defendant's Motion to Dissolve the Temporary Restraining Order, currently scheduled for October 30, 2026, at 2:00 p.m. EDT, is adjourned until November 13, 2026, at 1:00 p.m.; and it is further

**ORDERED** that the Temporary Restraining Order, entered on October 9, 2026 pursuant to the Order to Show Cause for Temporary Restraining Order (Dkt. No. 13), is extended through November 13, 2026; and it is further

**ORDERED** that, on or before 5:00 p.m. EDT four days prior to the scheduled hearing, Plaintiff shall submit its Memorandum of Law in Reply to the Order to Show Cause for Temporary Restraining Order and in Opposition to Defendant's Motion to Dissolve the Temporary Restraining Order; and it is further

**ORDERED** that, on or before 12:00 p.m. EDT one day prior to the scheduled hearing, Defendant shall submit its Reply Memorandum of Law in Support of its Motion to Dissolve the Temporary Restraining Order.

IT IS SO ORDERED.

DATED: 10/28/2026
New York, New York

Hon. Victor Marrero
United States District Judge