USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COBANK, ACB,<br>Plaintiff,<br>- against -<br>CABLE ONE, INC.,<br>Defendant. | **26-CV-8935 (VM)**<br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a November 11, 2026 letter from proposed defendant-intervenors GTCR Fund XII/B LP, GTCR Fund XII/C LP (collectively, "GTCR"), and Mega Broadband Blocker, LLC, and Mega Broadband Investments Holdings LLC (collectively, "MBI"), requesting leave to file a motion to intervene pursuant to Federal Rule of Civil Procedure 24. (See Dkt. No. 39.)

The parties are directed to respond within five (5) days to GTCR and BMI's request to intervene and file a memorandum of law in opposition to the order to show cause and in support of the dissolution of the Temporary Restraining Order ("TRO"). (See Dkt. No. 13.)

**SO ORDERED.**

Dated: 13 November 2026
New York, New York

Victor Marrero
U.S.D.J.