USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COBANK, ACB,<br>Plaintiff,<br><br>- against -<br><br>CABLE ONE, INC.,<br><br>Defendant. | **26 Civ. 8935 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court has reviewed the pre-motion letters regarding the anticipated motion to intervene, pursuant to Federal Rule of Civil Procedure 24, of GTCR Fund XII/B LP, GTCR Fund XII/C LP, Mega Broadband Blocker, LLC, and Mega Broadband Investments Holdings LLC, (collectively, "Proposed Intervenors"). (See Dkt. No. 39.) Pursuant to Section II.A of this Court's Individual Practices, which concerns motion procedure, the Court will only consider letter briefs not to exceed three pages for each party. Thus, the Court only considers the Proposed Intervenors' pre-motion letter. (See id.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the Proposed Intervenors and the parties to advise whether they consent to the Court deeming the pre-motion letters to constitute a fully briefed

motion to intervene and rule on the basis of those letters, or whether the Proposed Intervenors and the parties request supplemental or full briefing.

If the Proposed Intervenors and the parties request supplemental or full briefing, they are directed to submit a joint proposed briefing schedule within five (5) days of the date of this Order.

Additionally, the Court directs CoBank, ACB and Cable One, Inc. to confirm their intent to proceed with the hearing scheduled for Friday, December 4, 2026, at 1:00 PM. If CoBank, ACB and Cable One, Inc. would like to adjourn this hearing, they are directed to inform the Court.

**SO ORDERED.**

Dated: 18 November 2026
New York, New York

Victor Marrero
U.S.D.J.